# **EXHIBIT B**



# iTero® element™

# PRECISION

# INNOVATION





## Proven Imaging Precision.

The iTero® Intraoral Scanner is synonymous with high precision. Its parallel confocal imaging technology uses optical and laser scanning to achieve high precision and accuracy without powder or complicated hovering. This is why iTero scanners have been used in more than 1.2 million restorative crown, bridge, and custom implant abutment cases. And doctors have performed more than 1.3 million iTero orthodontic scans, including more than 600,000 Invisalign® scans, to date.

Now, iTero® Element™ is engineered to deliver everything that doctors love about iTero scanners in a compact footprint with even bigger capabilities. iTero Element is designed to put the latest technology at your fingertips and make intraoral scanning…dare we say…fun.

# Meet iTero Element

The iTero Element Intraoral Scanner is designed to fit your practice even better than before. Whether you are a general practitioner or orthodontist, iTero Element is designed to deliver speed, reliability, intuitive operations, and outstanding visualization capabilities.





**CERTIFIED CONNECTIVITY WORKFLOWS**
iTero Element scans are engineered to work with the Invisalign system, the exclusive Invisalign Outcome Simulator, OrthoCAD®, and OrthoCAD Viewer. It's also designed to connect to restorative and orthodontic labs, third-party treatment planning, custom implant abutment, chairside milling, and lab CAD/CAM systems.

**COMPACT FOOTPRINT**
With iTero Element, you can fit high-precision scanning power almost anywhere. Choose between two form factors for the option that best fits your practice.

**ADVANCED WAND FEATURES**
The redesigned wand features built-in controls, including side buttons and touchpad for user interface control. Integrated gyro technology lets you rotate models on screen. Plug and play wand cable quickly connects and disconnects to the base unit. And the patent pending ITO defogging system defogs instantly without needing air or extended warming.

**CUSTOM WHEEL STAND OPTION**
Move the iTero Element intraoral scanner easily between operatories.

**REAL-TIME VISUALIZATION**
Industry-leading, open-choice imaging lets you view images in 3D. Easy visualization improves visibility and chairside communication with patients.

**HIGH-DEFINITION MULTI-TOUCH DISPLAY**
Scanned images appear instantly with crisp definition on the 19" high-definition, multi-touch display. The display also works with latex, vinyl, and nitrile gloves.

**INTUITIVE OPERATION**
Intuitive operation can transform clinical workflows. Spin, pinch zoom, and process images with a touch.

**CONVENIENT COUNTER STAND OPTION**
Integrate iTero Element as a stationary scanner within the operatory.

**TIME SAVINGS**
With a scan capture time of 40-50 milliseconds, iTero Element is designed to capture 20 scans per second, instead of the current iTero scanner's one scan per second.

**COLOR SCANNING**
View color images to easily distinguish between gingival and dental tissue for more precise clinical evaluation.

---

## 40%
**SMALLER AND LIGHTER**
The redesigned wand is 40% smaller and lighter than the wand of the current iTero scanner.

## 6,000
**FRAMES PER SECOND**
iTero Element is engineered to capture 6,000 frames per second—significantly faster than the current iTero's 800 frames per second.

## 20X
**FASTER SPEED**
iTero Element image sensor is designed to enable 20X faster scan speed versus the current iTero scanner.

## 3D
**HIGH-IMPACT VISUALIZATION**
Show patients exactly what you see for more effective chairside communication.

## Simultaneously Smart and Powerful

In addition to its sleek good looks, the iTero Element includes intelligence designed to help you work even smarter. You can eliminate extra process steps during intraoral scanning because iTero Element is designed to automate those for you.

**SMALLER WAND**
40% smaller and lighter than the current iTero system's wand.

**POWERFUL**



Powder-free scanning designed for ease of use.

Easily distinguish between gingival and tooth structures with color scanning.

### SCAN IN MOTION
Continuous scanning design lets you scan in motion—eliminating the need to click each time you want to capture a scan. The software automatically detects and repositions scanning start and stop points when you move to a new scanning position within the scanned segment.

And while you are scanning, iTero Element is engineered to simultaneously process the scan. It automatically stitches together images for rendering in the correct order, adapts to changes in positioning, and detects and removes soft tissue. Capture everything. And view exactly what you need to see.

### SCAN IN COLOR
Color scanning gives you a significant leap forward in visualization. The color sensor is integrated in iTero Element, and the patented dual-aperture lens system is designed to simultaneously capture 2D images in color with highly accurate 3D laser scanning. Color scanning can make it easier to immediately distinguish between gingival and tooth structures for a more precise clinical evaluation.

### SCAN AND SAVE DATA
iTero Element is designed to automatically save scan data every two seconds and save it to the system's hard disk. There's no need for a battery backup. Even in the event of a power outage, scan data is safe, so you don't have to worry about losing your work.

# Optimized Invisalign Connectivity

iTero intraoral scanning is a natural fit for Invisalign clear aligner therapy. iTero has been designed to give you the best workflow with the Invisalign system and the exclusive Invisalign Outcome Simulator.

### MARKET-LEADING PERFORMANCE
Invisalign cases that start with an iTero scan have seven times fewer fit issues than those started with traditional impressions. ClinCheck® treatment plans submitted using iTero scans are typically posted 50% faster than for cases using PVS impressions. Not only that, there are 10 times fewer rejections of iTero scans than traditional impressions. You can see these, and other study findings, at www.itero.com/itero-and-invisalign.html.

But the outstanding performance by iTero scanners doesn't stop with initial Invisalign treatment. The iTero Vivera® and Vivera Pre Debond scan workflows allow you to prescribe Vivera retention for Invisalign clear aligner *and* bracket-and-wire patients.

### GREAT PATIENT COMFORT
iTero scanners also eliminate the mess and unpleasantness associated with traditional impressions. Your Invisalign patients are more likely to share their "gag-free" impression experience with friends, family, and colleagues.

### SIMULATE TREATMENT OUTCOMES
Show your patients their potential Invisalign treatment outcomes with the Invisalign Outcome Simulator. This chairside application is powered exclusively by iTero scanners to help patients visualize how their teeth may look at the end of Invisalign treatment. Simulated outcomes make it easy to show your patient the benefits possible with Invisalign treatment and may motivate greater patient acceptance.





**DUAL-VIEW LAYOUT**
See patients' current dentition next to their simulated final positions.

**MORE EFFECTIVE CONSULTATION**
Prospective patients can visualize how their teeth may look after Invisalign treatment, which may motivate greater treatment acceptance.



**REAL-TIME ADJUSTMENTS**
Intuitive touch-screen tools allow real-time adjustments to the simulated outcome.

**FLEXIBLE DELIVERY**
The Invisalign Outcome Simulator can be run chairside on your iTero scanner or in a consult room, using your computer and myaligntech.com.

**ADVANCED TREATMENT OPTIONS**
You can simulate anterior-posterior correction, extraction, and IPR outcomes quickly and easily.



ECOSYSTEM

## iTero Orthodontic Digital Ecosystem

The iTero Element has been designed to work with the iTero Orthodontic Digital Ecosystem, which enables you to digitize orthodontic workflows. Increase efficiency with digitally enabled tools provided by iTero scanners that transform tasks you currently perform manually.

### LABORATORY CONNECTIVITY
Send iTero scans directly to the laboratories of your choice for processed orthodontic appliances, retainers, printed models, indirect bonding, and digital bracket removal services.

### OPEN STL EXPORT
iTero scans are available in an open STL export format that is widely accepted by third-party providers including Suresmile® and 3M™ Incognito™. Scans also can be exported for integration with cone beam CT data by third-party treatment planning providers.



### ORTHOCAD CAPABILITIES

iTero scans can be used directly with OrthoCAD software for digital orthodontics. Both iCast® files and iRecord® files are stored and retrieved easily from cloud storage in your MyAligntech.com account. iCast scans are digital alternatives to stone cast models and contain a full ABO base. iRecord scans include a full arch scan with the palate, and bite. You can easily view and print frontal, occlusal, and gallery views from iTero scans with OrthoCAD.

OrthoCAD offers a full suite of digital orthodontic tools including:

**Digital Analytics:** Take teeth width, space, T-J Moyers, Bolton, arch width, canine distance, and overbite/overjet measurements, including point-to-point, point-to-plane, and plane-to-plane measurements with OrthoCAD Software. Combined with the Occlusalgram, Computerized Discrepancy Index, Phase III Grading, and Jaw Alignment, OrthoCAD offers a comprehensive suite of digital tools for orthodontic evaluation.

**Practice Management Integration:** OrthoCAD integrates with the Dolphin Management orthodontic practice management system. This allows iTero scan data to be linked with your patients' records.

Orthodontic model photo courtesy of Dynaflex.

ECOSYSTEM

# iTero Restorative Digital Ecosystem

You can take advantage of numerous third-party workflows and solutions simply by connecting through an iTero scanner. Send digital impressions to your lab of choice. Communicate seamlessly with external treatment planning, custom implant abutment, chairside milling, and laboratory CAD/CAM systems. iTero intraoral scans can enhance the accuracy and precision of your downstream restorative process.

### SUPPORT LABORATORY PRODUCTION

iTero workflows support laboratory production using patented iTero milled models, laboratory printed models, and model-less direct-to-restoration production. Choose the treatment and lab that are right for your patients' crowns, bridges, implant custom abutments, veneers, inlays, and onlays. And iTero scanners work with any material, including porcelain, PFM, zirconia, composite, and full gold.

### POWDER-FREE OPERATION

Powder-free operation enables comprehensive, full-mouth reconstruction and safe scanning of surgical sites. Export iTero restorative scans in STL format to leading laboratory CAD/CAM systems. And integrate iTero scans with cone beam CT data for use with third-party treatment planning providers.

### EXCLUSIVE MILLED MODEL WORKFLOW

Only iTero scanning enables model milling for superior accuracy and precision. The patented iTero milled model, made of a stable polyurethane material, presents numerous advantages when used in the iTero process.



### ITERO MILLED RESTORATIVE MODEL



- One model serves as a working model and a master model, enabling soft tissue structures to be visualized during laboratory fabrication
- Occlusal relation is scanned directly and efficiently transferred to the unique iTero articulator
- Exceptional resistance to wear when used in the dental laboratory
- Resulting models do not break if accidentally dropped
- Plaster-like color is similar to conventionally poured models



## CUSTOM ABUTMENT WORKFLOW

iTero includes Certified Connectivity with a wide range of implant scan body and implant abutment manufacturers. Scan the scan body of your choice and send the iTero scan automatically to your laboratory. You can receive the custom abutment and final restoration for seating in one patient appointment.

Our Certified Connectivity Partners support more than 20 implant systems for custom abutment design and fabrication, including:

- 5Axis Dental
- Biomet 3i™
- Core3d Centres
- DENTSPLY Implants Atlantis™
- Glidewell Laboratories
- Straumann®
- Zimmer Dental

## STRAUMANN REPOSITIONABLE IMPLANT ANALOG WORKFLOW

Straumann Repositionable Implant Analogs are inserted into custom iTero milled models. Now you can choose between Straumann stock or Straumann CARES custom abutments for your implant restorative cases.

## PERFORM SAME-DAY DENTISTRY

Certified connectivity with the E4D Planmeca chairside milling system and Glidewell IOS Technologies Fast Design system let you add same-day crowns, inlays, onlays, veneers, and bridges to your menu of services. With iTero Chairside Milling Certified Connectivity partners, you can go from digital impression to same-day restoration placement quickly and conveniently.

 

**SCAN**
*iTero Element Intraoral Scanner*

**DESIGN**
*Partner System*

**MILL**
*Partner System*

## BELLATEK® ENCODE® IMPRESSION SYSTEM DIGITAL IMPLANT WORKFLOW

**01** BellaTek Encode Healing Abutment placed intraorally for scanning.

**02** Powder-free iTero digital impression captured.

**03** iTero digital impression STL imported by the dental laboratory into CAD software.

**04** Restoration fit verified on milled die and abutment.

**05** Final restoration placed immediately following the abutment.

    



## Training and Support as Advanced as iTero Element Itself

The advanced technology and design of the new iTero Element scanner transforms in-office training and integration. Gain scheduling flexibility, experienced iTero clinical trainers, and ongoing training support to maximize the benefits of iTero scanning for your practice.

#### TRAINING FOUNDATIONS
Training Foundations guides you through interactive, self-guided online training at iTero.com. By the end of this training, you will have basic proficiency with the hardware and software to complete a practice scan. This training is eligible for CERP continuing education credit.

#### THE CLINICAL CORE
Throughout the Clinical Core, an iTero clinical instructor will conduct 4 hours of clinical training using our interactive virtual classroom and e-guidebooks. iTero Element comes with a webcam, through which you and your staff participate in this training. Scheduling is flexible, and the instructor has remote access to the scanner to view scanning and provide real-time feedback. After Clinical Core training, you will have the skills for successfully using iTero Element in your practice.

#### ADVANCED EDUCATION
Looking for advanced training from a peer? Hired a new staff member? Need a refresher? Our team of iTero clinical trainers is here to meet your ongoing training support needs in scheduled webinar group classes and one-on-one virtual support sessions.





## iTero Element General Dimensions

**WAND CONFIGURATION**
- Weight: 0.5 Kg [1.1 lb]
- Field of View: 18x14 mm
- Depth of View: 15mm
- Cord Length: 1.75 m

**WHEEL STAND CONFIGURATION**
- Weight: 25 kg [55.1 lbs]
- Height: 131.7 cm [51.8 in]
- Width: 62.5 cm [24.6 in]
- Depth: 59.5 cm [23.4 in]

**COUNTER STAND CONFIGURATION**
- Weight: 14 Kg [31 lbs]
- Height: 48 cm [18.9 in]
- Width: 55 cm [21.7 in]
- Depth: 23 cm [9.01 in]






The iTero Element Intraoral Scanner represents the next generation of iTero intraoral scanning design capabilities. Engineered to be portable, powerful, and intuitive. It represents our continued investment in clinical precision and patient satisfaction. To schedule a demonstration, visit www.iTero.com.

Align Technology, Inc.　　　　　　Align Technology BV
2560 Orchard Parkway　　　　　　Arlandaweg 161,  1043 HS Amsterdam
San Jose, California 95131　　　　　The Netherlands



INVISALIGN, CLINCHECK, iTERO, iTERO ELEMENT, ORTHOCAD, iRECORD, and iCAST among others, are trademarks and/or service marks of Align Technology, Inc. or one of its subsidiaries or affiliated companies and may be registered in the U.S. and/or other countries.

Data referenced is available from Align Technology, Inc.

Implant Scan Body Business partners (e.g. BIOMET 3i, Straumann, etc) have validated their implant solutions using iTero scanners. Availability may vary by partner and by market.

Suresmile, Dolphin Management, E4D Planmeca, IOS Technologies Fast Scan, 5 Axis Dental, Biomet 3i, Core3d Centres, DENTSPLY Implants Atlantis, Glidewell Laboratories, Straumann and Zimmer are not registered trademarks of Align Technology, Inc. They are trademarks of their respective owners.

Image credits:
Dentistry and iTero scan by Dr. Adam Fettig, Kirkland, WA
Laboratory restorations fabricated by Issaquah Dental Lab, Issaquah, WA
Implant Abutment fabricated by Biomet 3i

© 2015 Align Technology, Inc.     M20324 Rev. A

