# **EXHIBIT E**



March 9, 2015

# Align Technology Announces Next Generation iTero(R) Element(TM) Intraoral Scanner

## Significantly Smaller Form Factor and Faster Scan Speed Enhances User Experience

COLOGNE, GERMANY and SAN JOSE, CA -- (Marketwired) -- 03/09/15 -- Align Technology, Inc. (NASDAQ: ALGN) today announced its next generation iTero Element Intraoral Scanner at the 36th International Dental Show in Cologne, Germany. The iTero Scanner is synonymous with high-precision intraoral scanning and this announcement expands Align's market leading scanning system with improved imaging technology that is designed to enable significantly faster scan speed, accuracy, intuitive operation, and exceptional visualization capabilities. To date, iTero scans have been used in more than 1.2 million restorative crown, bridge, and custom implant cases and more than 1.3 million iTero orthodontic scans, including more than 600,000 Invisalign® scans. The iTero Element Intraoral Scanner is engineered to deliver everything that doctors appreciate about the iTero Scanner but in a more compact footprint with even greater capabilities.

"We have combined the accuracy and broad clinical indications of the iTero scanner's advanced capabilities with a simple and intuitive system that is designed to deliver an unparalleled customer experience," said Timothy A. Mack, Align Technology vice president business development and general manager of iTero. "The development of the iTero Element scanner is a further step towards our vision of digital dentistry and providing our customers with best in class digital services."

*New Smaller Design with Enhanced Wand and Display Features*
The new iTero Element Scanner is designed to offer two compact space-saving form factors, a 40% smaller and lighter wand that features built-in controls and a 19" high-definition, multi-touch display, and integrated gyro technology for rotation of models on screen. In addition, the ITO defogging system instantly defogs the wand.

*Designed for Faster Scan Speed and Enhanced User Experience*
The new image sensor is engineered to enable 20X faster scan speed with color scanning to easily distinguish between gingival and dental tissue for more precise clinical evaluation. Additionally, iTero Element scans are designed to work with the existing iTero orthodontic and restorative workflows, including laboratory workflows, custom milled models, open STL export, custom implant abutment and chairside milling partners.

*Exclusive Integration of Invisalign Treatment Application*
Designed to offer the best workflow to the Invisalign system, iTero Element includes the Invisalign Outcome Simulator, an exclusive chair-side application that allows doctors to help patients visualize how their teeth may look at the end of Invisalign treatment.

Availability of the iTero Element Intraoral Scanner is expected in the second half of 2015.

*About Align Technology, Inc.*
Align Technology is the leader in modern clear aligner orthodontics that designs, manufactures and markets the Invisalign® system, which provides dental professionals with a range of treatment options for adults and teenagers. Align also offers the iTero 3D digital scanning system and services for orthodontic and restorative dentistry. Align was founded in March 1997 and received FDA clearance to market the Invisalign system in 1998. Visit www.aligntech.com for more information.

For additional information about the Invisalign system or to find an Invisalign provider in your area, please visit www.invisalign.com. For additional information about the iTero 3D digital scanning system, please visit www.itero.com.

Source: Align Technology

News Provided by Acquire Media