AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:18-CV-00886

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ALIGN TECHNOLOGY, INC
was received by me on *(date)* 6/18/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (AUTHORIZED PERSON AT REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* ALIGN TECHNOLOGY, INC C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 6/18/18

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 6/18/18

*Server's signature*

DENORRIS BRITT    PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT FOR PATENT INFRINGEMENT WITH EXHIBITS; CIVIL COVER SHEET; DISTRICT OF DELAWARE LOCAL RULE 73.1; NOTICE OF FILING OF MULTIMEDIA MATERIALS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK