# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 1500
Wilmington, DE 19801-3046
T 302 552 4200
F 302 552 4295
www.bipc.com

September 21, 2018

<u>**VIA ECF & HAND DELIVERY**</u>

The Honorable Leonard P. Stark
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

> Re:  **3Shape A/S v. Align Technology, Inc.**
> **C.A. No.: 1:18-cv-000697/00886-LPS-CJB**

Dear Judge Stark:

On behalf of the parties in the above captioned matters, Plaintiff 3Shape A/S ("3Shape") hereby submits this letter in response to the Court's Oral Order.

The parties have met and conferred concerning the scheduling orders filed concurrently herewith and no outstanding scheduling issues remain. As the Court is aware, the parties are involved in multiple litigations involving scanners and related software.

Respectfully submitted,

*/s/ Geoffrey G. Grivner*

Geoffrey G. Grivner (#4711)

cc: All Counsel of Record