# Buchanan Ingersoll & Rooney PC

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 1500
Wilmington, DE  19801-3046
T 302 552 4200
F 302 552 4295
www.bipc.com

October 19, 2018

**VIA ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Unit 28, Room 2325
Wilmington, DE 19801-3555

      **Re:  3Shape A/S v. Align Technology, Inc.
           C.A. No.: 1:18-cv-00886-LPS-CJB**

Dear Magistrate Judge Burke:

    On behalf of the parties in the above-referenced action, please find enclosed a Proposed Scheduling Order.  As Your Honor is aware, the Court provided the parties with certain hearing dates via email on October 15, 2018 following the parties submission of an initial proposed Scheduling Order on September 21, 2018. (D.I. 21)  The date the Court initially provided for the Markman hearing in this action was prior to the contemplated completion of briefing.  This afternoon, the Court provided a new date, March 2, 2020, for the Markman hearing, which is reflected in the enclosed Order.  Additionally, the parties revised the Order to allow for the submission of the Interim Status Report to occur on March 16, 2020, after the Markman hearing.

    Should Your Honor have any questions, counsel remains available at the convenience of the Court.

                                        Respectfully submitted,

                                        */s/ Geoffrey G. Grivner*

                                        Geoffrey G. Grivner (#4711)

GGG/afd
0079124-000178

cc: All Counsel of Record (via ECF)