IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3Shape A/S, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 18-886-LPS-CJB |
| Align Technology, Inc., | : | |
| Defendants. | : | |

### ORDER

At Wilmington this **29th** day of **March, 2019**:

For the reasons set forth in the Memorandum Opinion issued this date,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss (D.I. 10) is **DENIED**.

2. The parties shall meet and confer and shall, no later than **April 5**, submit a joint status report, providing their position(s) as to how this case should now proceed.

_____
UNITED STATES DISTRICT JUDGE