# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-697-LPS-CJB |
| ) | |
| ALIGN TECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |
| | |
| ) | |
| 3SHAPE A/S, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-886-LPS-CJB |
| v. ) | |
| ) | |
| ALIGN TECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION CONSOLIDATING ACTIONS

WHEREAS, the parties have conferred and agree that the claims asserted in *3Shape A/S v. Align Technology, Inc.* C.A. No. 18-697-LPS-CJB (the "697 Action") and *3Shape A/S v. Align Technology, Inc.* C.A. No. 18-886-LPS-CJB (the "886 Action") should be heard on the same schedule and at the same trial;

NOW THEREFORE, the parties stipulate and agree, subject to the approval of the Court, that:

1. The 886 Action shall be designated the lead case for all purposes including trial.

2. All deadlines in the 697 Action Scheduling Order [D.I. 18 in the 697 Action] shall be amended such that they are consistent with all deadlines in the 886 Action Scheduling Order [D.I. 20 in the 886 Action], except as noted below.

3.	The deadline in the 697 Action Scheduling Order [D.I. 18 in the 697 Action] for Plaintiff to serve its infringement contentions shall be extended to August 16, 2019.  The deadline in the 697 Action Scheduling Order [D.I. 18 in the 697 Action] for Defendant to serve its invalidity contentions shall be extended to September 6, 2019.

4.	All future fillings in these actions shall be made in the 886 Action only.

5.	Trial on all claims asserted in both actions shall occur in accordance with the 886 Action Scheduling Order, commencing on April 12, 2021.

| | |
|---|---|
| */s/ Geoffrey G. Grivner* <br> Geoffrey G. Grivner (No. 4711) <br> BUCHANAN INGERSOLL & ROONEY PC <br> 919 North Market Street, Suite 990 <br> Wilmington, DE 19801 <br> Telephone: (302) 552-4207 <br> Email: geoffrey.grivner@bipc.com <br><br> *Attorney for Plaintiff* <br><br> Dated:  August 9, 2019 | */s/ Jeffrey Castellano* <br> John W. Shaw (No. 3362) <br> Jeffrey Castellano (No. 4837) <br> SHAW KELLER LLP <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Telephone: (302) 298-0700 <br> Email: jshaw@shawkeller.com <br>       jcastellano@shawkeller.com <br><br> *Attorneys for Defendant* |

So ordered this _____ day of August, 2019,

_____
United States District Judge