IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3SHAPE A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-886-LPS |
| | ) | |
| ALIGN TECHNOLOGY, INC., | ) | **CONSOLIDATED** |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the below case deadlines are extended as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| Exchange of claim terms and constructions | December 6, 2019 | January 23, 2020 |
| Joint claim construction chart | December 20, 2019 | February 3, 2020 |
| Opening claim construction briefs | January 17, 2020 | February 14, 2020 |
| Responsive claim construction briefs | February 7, 2020 | March 6, 2020 |
| Markman hearing | March 2, 2020 | April 6, 2020 |

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
(302) 552-4200
geoffrey.grivner@bipc.com
*Attorney for Plaintiff*

Dated: December 19, 2019

/s/ Jeff Castellano
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jcastellano@shawkeller.com
*Attorneys for Defendant*

IT IS SO ORDERED THIS ___ day of _____, 2019.

_____
United States District Judge