IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3SHAPE A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-886-LPS |
| | ) | |
| ALIGN TECHNOLOGY, INC., | ) | **CONSOLIDATED** |
| | ) | |
| Defendant. | ) | |

## MOTION TO AMEND ANSWER, AFFIRMATIVE DEFENSES AND <u>COUNTERCLAIMS</u>

Defendant Align Technology, Inc. respectfully moves for leave to amend its answer,

affirmative defenses and counterclaims (D.I. 53) to add counterclaims of patent infringement.

The grounds for this motion are set forth in the letter brief filed contemporaneously herewith.

Pursuant to Rule 7.1.1, counsel represents that a reasonable effort was made to reach

agreement with the opposing party on the matters set forth in the motion.

OF COUNSEL:
Blair M. Jacobs
Christina A. Ondrick
Elizabeth Bernard
John S. Holley
Mark Consilvio
PAUL HASTINGS LLP
875 15th Street, N.W.
Washington, DC 20005
(202) 551-1700

Thomas A. Counts
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA 94111
(410) 856-7000

Dated: December 20, 2019

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com
jcastellano@shawkeller.com
*Attorneys for Defendant*