IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
|   v. | ) C.A. No. 18-886-LPS |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) **CONSOLIDATED** |
| | ) |
|        Defendant. | ) |

## **STIPULATION TO EXTEND TIME**

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the below case deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Submission of claim construction tutorials | February 14, 2020 | March 6, 2020 |
| Submission of comments on opposing party's claim construction tutorial | March 6, 2020 | March 13, 2020 |

| | |
|---|---|
| */s/ Geoffrey G. Grivner* | */s/ Jeff Castellano* |
| Geoffrey G. Grivner (No. 4711) | John W. Shaw (No. 3362) |
| BUCHANAN INGERSOLL & ROONEY PC | Karen E. Keller (No. 4489) |
| 919 North Market Street, Suite 990 | Jeff Castellano (No. 4837) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 552-4200 | I.M. Pei Building |
| geoffrey.grivner@bipc.com | 1105 North Market Street, 12th Floor |
| *Attorney for Plaintiff* | Wilmington, DE 19801 |
| | (302) 298-0700 |
| Dated: February 6, 2020 | jcastellano@shawkeller.com |
| | *Attorneys for Defendant* |

IT IS SO ORDERED THIS ___ day of _____, 2020.

 

                                                  United States District Judge