## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3SHAPE A/S, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 18-886-LPS |
| v. | ) | |
| | ) | CONSOLIDATED |
| ALIGN TECHNOLOGY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>STIPULATION TO EXTEND TIME</u>

WHEREAS, Plaintiff has requested that certain claim construction disclosure and briefing deadlines be extended and defendant does not oppose those extensions;

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the below case deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Amended Joint claim construction chart | None | February 18, 2020 |
| Opening claim construction briefs | February 13, 2020 | February 20, 2020 |
| Responsive claim construction briefs | March 6, 2020 | March 11, 2020 |
| Submission of claim construction tutorials | March 6, 2020 | March 11, 2020 |
| Submission of comments on opposing party's claim construction tutorial | March 13, 2020 | March 18, 2020 |

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4207
Email: geoffrey.grivner@bipc.com

*Attorney for Plaintiff*

Dated:  February 14, 2020

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
Email: jshaw@shawkeller.com
        jcastellano@shawkeller.com

*Attorneys for Defendant*

So ordered this _____ day of _____, 2020

_____
United States District Judge