IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-886-LPS |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) **CONSOLIDATED** |
| | ) |
| Defendant. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the below case deadlines are extended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Amended joint claim construction chart | February 18, 2020 | February 21, 2020 |
| Opening claim construction briefs | February 20, 2020 | February 24, 2020 |
| Responsive claim construction briefs | March 11, 2020 | March 13, 2020 |
| Submission of claim construction tutorials | March 11, 2020 | March 13, 2020 |
| Submission of comments on opposing party's claim construction tutorial | March 18, 2020 | March 20, 2020 |

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
(302) 552-4200
geoffrey.grivner@bipc.com
*Attorney for Plaintiff*

Dated: February 18, 2020

*/s/ Jeff Castellano*
John W. Shaw (No. 3362)
Karen E. Keller (No. 4489)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jcastellano@shawkeller.com
*Attorneys for Defendant*

2

IT IS SO ORDERED THIS ___ day of _____, 2020.

                                                                                                            United States Magistrate Judge