IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-886-LPS |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) **CONSOLIDATED** |
| | ) |
|     Defendant. | ) |

## STIPULATION TO EXTEND TIME

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the date by which the parties are required to submit an amended scheduling order as discussed at the February 10, 2020 teleconference (D.I. 89) shall be extended to March 16, 2020.

| | |
|---|---|
| */s/ Geoffrey G. Grivner* | */s/ Jeff Castellano* |
| Geoffrey G. Grivner (No. 4711) | John W. Shaw (No. 3362) |
| BUCHANAN INGERSOLL & ROONEY PC | Karen E. Keller (No. 4489) |
| 919 North Market Street, Suite 990 | Jeff Castellano (No. 4837) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 552-4200 | I.M. Pei Building |
| geoffrey.grivner@bipc.com | 1105 North Market Street, 12th Floor |
| *Attorney for Plaintiff* | Wilmington, DE 19801 |
| | (302) 298-0700 |
| | jcastellano@shawkeller.com |
| Dated: March 10, 2020 | *Attorneys for Defendant* |

IT IS SO ORDERED THIS ___ day of _____, 2020.

_____
United States Magistrate Judge