

Jeff Castellano
I.M. Pei Building
1105 North Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0703
jcastellano@shawkeller.com

March 13, 2020

**BY CM/ECF AND HAND DELIVERY**
The Honorable Jennifer L. Hall
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re:  *3Shape A/S v. Align Technology, Inc.*, C.A. No. 18-886-LPS (Consolidated)

Dear Judge Hall:

    Pursuant to the Scheduling Order (D.I. 20 ¶ 14) in the above-referenced matter, the parties submit this joint letter regarding the claim construction hearing scheduled for April 21, 2020 at 2:00 p.m. (D.I. 99).

    Defendant requests a total of three hours be allocated to the parties for the hearing, with each side to be allocated ninety minutes.  Plaintiff requests a total of ninety minutes be allocated to the parties for the hearing, with each side to be allocated forty-five minutes.  Neither party requests leave to present testimony at the hearing.

                                Respectfully,

                                */s/ Jeff Castellano*

                                Jeff Castellano (No. 4837)

cc:    Clerk of the Court (by hand delivery)
        All counsel of record (by e-mail)