

**Geoffrey G. Grivner**
302 552 4207
geoffrey.grivner@bipc.com

919 North Market Street, Suite 990
Wilmington, DE 19801-3036
T 302 552 4200
F 302 552 4295

March 20, 2020

**VIA CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

      Re:    *3Shape A/S v. Align Technology, Inc.*,
              C.A. Nos. 18-0886-LPS & 18-0697-LPS (consolidated)

Dear Judge Stark:

      In accordance with Your Honor's scheduling order in the 886 case (D.I. 20), the parties submit this joint interim status report.

      Pursuant to the case scheduling order in this matter, the parties are currently engaged in fact discovery on 3Shape's patent infringement claims and continue to work toward the scheduled trial dates on these claims. The parties are assessing the impact of COVID-19 and the measures being taken in light of it, including travel restrictions, on fact discovery. Given the current circumstances, including the uncertainty from foreign travel restrictions imposed by the United States, Denmark (where 3Shape witnesses identified in its initial disclosures reside), and Israel (where Align witnesses identified in its initial disclosures and interrogatory responses reside), neither party can currently provide assurances that foreign discovery will be able to be completed under the current schedule. In addition, CDC guidelines and local restrictions on travel and gatherings may hinder the parties' ability to complete domestic discovery. The parties will inform the Court if modification of the schedule becomes necessary.

      Pursuant to Judge Hall's order bifurcating Align's patent infringement counterclaims during the February 10, 2020 hearing on Align's motion to amend (*see* 2/10/2020 Tr. at 18:13-21:14), the parties continue to meet and confer regarding a proposed schedule for Align's patent infringement counterclaims.

March 11, 2020
Page - 2 -

                                      Respectfully submitted,

                                      */s/ Geoffrey G. Grivner*

                                      Geoffrey G. Grivner

cc:    All counsel of record (by email)