# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| 3SHAPE A/S, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 18-886-LPS-CJB |
| v. ) | |
| ) | |
| ALIGN TECHNOLOGY, INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO EXTEND TIME

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that:

Align Technology, Inc. ("Align") has provided 3Shape A/S ("3Shape") with a proposal for the counterclaim patents to which 3Shape needs time to respond. The date by which the parties are required to submit an amended scheduling order as discussed at the February 10, 2020 teleconference (D.I. 89), therefore, shall be extended to March 27, 2020.

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
919 North Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 552-4207
Email: geoffrey.grivner@bipc.com

*Attorney for Plaintiff*

/s/ Jeff Castellano
John W. Shaw (No. 3362)
Jeff Castellano (No. 4837)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 298-0700
Email: jshaw@shawkeller.com
        jcastellano@shawkeller.com

*Attorneys for Defendant*

Dated: March 20, 2020

So ordered this ____ day of _____, 2020,

_____
United States District Judge