IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3SHAPE A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-886-LPS |
| | ) | |
| ALIGN TECHNOLOGY, INC., | ) | **CONSOLIDATED** |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

WHEREAS, defendant Align Technology, Inc. ("Align") sent a proposal to plaintiff 3Shape A/S ("3Shape") on March 19, 2020 regarding the reorganization of this action, to possibly include the movement of certain Align patents from this action to C.A. No. 18-1949-LPS; and

WHEREAS, 3Shape requested more time to consider the proposal and the parties agreed to request that the deadline to submit a revised schedule in this action be extended until March 27, 2020, which they did by stipulation on March 20, 2020 (D.I. 142, SO ORDERED March 25, 2020);

WHEREAS, on March 25 and in subsequent communications, 3Shape requested an identification of the patents Align will drop from C.A. No. 18-1949-LPS ;

WHEREAS, based on 3Shape's representation that it will consider agreeing to the proposed consolidation if provided with more detail about Align's proposal, the parties agree that Align will provide the requested detail on Monday, March 30, 2020, to which 3Shape will respond in writing by Thursday, April 2, 2020; and

WHEREAS, the parties remain hopeful that they can submit an agreed proposal on the extended deadline:

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the date by which the parties are required to submit an amended scheduling order as discussed at the February 10, 2020 teleconference (D.I. 89) shall be extended to April 3, 2020.

The parties further STIPULATE and AGREE, subject to the approval of the Court, that the deadline for Align to respond to 3Shape's March 9, 2020 counterclaims shall be extended until April 17, 2020.

| | |
|---|---|
| */s/ Geoffrey G. Grivner* | */s/ Jeff Castellano* |
| Geoffrey G. Grivner (No. 4711) | John W. Shaw (No. 3362) |
| BUCHANAN INGERSOLL & ROONEY PC | Karen E. Keller (No. 4489) |
| 919 North Market Street, Suite 990 | Jeff Castellano (No. 4837) |
| Wilmington, DE 19801 | SHAW KELLER LLP |
| (302) 552-4200 | I.M. Pei Building |
| geoffrey.grivner@bipc.com | 1105 North Market Street, 12th Floor |
| *Attorney for Plaintiff* | Wilmington, DE 19801 |
| | (302) 298-0700 |
| Dated: March 27, 2020 | jcastellano@shawkeller.com |
| | *Attorneys for Defendant* |

IT IS SO ORDERED THIS ___ day of _____, 2020.

_____
United States Magistrate Judge