IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| 3SHAPE A/S, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-886-LPS |
| | ) | |
| ALIGN TECHNOLOGY, INC., | ) | **CONSOLIDATED** |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO EXTEND TIME

The parties hereby STIPULATE AND AGREE, subject to the approval of the Court, that the deadline for Align to respond to 3Shape's March 9, 2020 counterclaims shall be extended until April 24, 2020.

| | |
|---|---|
| */s/ James H.S. Levine* | */s/ Jeff Castellano* |
| James H.S. Levine (No. 5355) | John W. Shaw (No. 3362) |
| Joanna Cline (No. 5873) | Karen E. Keller (No. 4489) |
| PEPPER HAMILTON LLP | Jeff Castellano (No. 4837) |
| Hercules Plaza | SHAW KELLER LLP |
| 1313 North Market Street | I.M. Pei Building |
| Suite 5100 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899-1709 | Wilmington, DE 19801 |
| (302) 777-6500 | (302) 298-0700 |
| levinejh@pepperlaw.com | jcastellano@shawkeller.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: April 17, 2020

IT IS SO ORDERED THIS ___ day of _____, 2020.

_____
United States District Judge