IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-886-LPS |
| | ) |
| ALIGN TECHNOLOGY, INC., | ) **CONSOLIDATED** |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO STAY PENDING *INTER PARTES* REVIEW**

Defendant Align Technology, Inc. respectfully moves to stay all proceedings until final disposition, including the completion of any appeals, of the *inter partes* review of U.S. Patent No. 10,349,042, which was instituted by the Patent Trial and Appeals Board on January 20, 2021.  The grounds for this motion are fully set forth in Defendant's Opening Brief in Support of Its Motion to Stay Pending *Inter Partes* Review.  Pursuant to Local Rule 7.1.1, the parties made a reasonable effort to reach agreement, but plaintiff intends to oppose the motion.

WHEREFORE, Align Technology, Inc. respectfully requests that the Court enter an order staying this litigation.

2

|  |  |
|---|---|
| OF COUNSEL:<br>Mark L. Levine<br>Reid M. Bolton<br>Anastasiya Maione<br>Benjamin Montague<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br><br>Daniel C. Taylor<br>John M. Hughes<br>BARTLIT BECK LLP<br>1801 Wewatta Street<br>Suite 1200<br>Denver, CO 80202<br>(303) 592-3100<br><br>Dated: January 21, 2021 | */s/ Jeff Castellano*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>*Attorneys for Defendant* |