IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| 3SHAPE A/S,<br><br>      Plaintiff,<br><br>  v.<br><br>ALIGN TECHNOLOGY, INC.,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 18-886-LPS<br>)<br>)<br>)<br>) |

**JOINT NOTICE OF *INTER PARTES* REVIEW FINAL DECISION**

The Parties hereby jointly notify the Court that the United States Patent and Trademark Office's Patent Trial and Appeal Board ("PTAB") issued a Final Written Decision in IPR2020-01087 on January 19, 2022. The PTAB determined that all claims of U.S. Patent No. 10,349,042 ("the '042 Patent") asserted by 3Shape in this case are unpatentable as obvious. A copy of the decision is attached as Exhibit A.

3Shape intends to pursue review of the Final Written Decision and is currently considering filing a Request for Rehearing and/or a Notice of Appeal.

Some of the pending summary judgment and Daubert motions in this case relate to the '042 patent:

- Align's summary judgment motion of invalidity of the '042 patent based on lack of written description. (D.I. 402 at 4, 13)

- Align's summary judgment motion that certain claims of the '042 Patent are invalid as indefinite. (*Id.* at 17)

- Align's *Daubert* motion to exclude opinions of 3Shape Expert Dr. Zavislan that rely on anything other than the plain and ordinary meaning of "non-parallel" and "diverging." (*Id.* at 26)

- Align's partial summary judgment motion with respect to 3Shape's claim for '042 Patent Damages for sales occurring before 3Shape provided notice of the patent. (D.I. 402 at 30)

- 3Shape's Summary Judgment Motion on the defense of no unclean hands. (D.I. 399 at 3)

- 3Shape's *Daubert* Motion with respect to Dr. Smith's opinions on the '042 Patent. (*Id.* at 24)

| | |
|---|---|
| */s/ James H.S. Levine* | */s/ Jeff Castellano* |
| James H.S. Levine (No. 5355) | John W. Shaw (No. 3362) |
| TROUTMAN PEPPER HAMILTON SANDERS LLP | Karen E. Keller (No. 4489) |
| Hercules Plaza | Jeff Castellano (No. 4837) |
| 1313 North Market Street | SHAW KELLER LLP |
| Suite 5100 | I.M. Pei Building |
| Wilmington, DE 19801 | 1105 North Market Street, 12th Floor |
| (302) 777-6500 | Wilmington, DE 19801 |
| james.levine@troutman.com | (302) 298-0700 |
| | jshaw@shawkeller.com |
| *Attorneys for Plaintiff* | kkeller@shawkeller.com |
| | jcastellano@shawkeller.com |
| | |
| | *Attorneys for Defendant* |

OF COUNSEL:
Mark L. Levine
Reid M. Bolton
Benjamin Montague
BARTLIT BECK LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
(312) 494-4400

John M. Hughes
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
(303) 592-3100

Dated: January 20, 2022